FAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>Francisco MARTINEZ-Cano,<br><br>            Defendant | Magistrate Docket No.<br><br>**'08 MJ 0380**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

FILED
2008 FEB 11 PM 1:22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The undersigned complainant, being duly sworn, states:

On or about **February 10, 2008** within the Southern District of California, defendant, **Francisco MARTINEZ-Cano**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_/s/ James E. Bailey_
SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **11th** DAY OF **FEBRUARY 2008**

_/s/ Anthony J. Battaglia_
Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Francisco MARTINEZ-Cano



## PROBABLE CAUSE STATEMENT

On February 10, 2008, Border Patrol Agent J. Martinez was assigned to the Imperial Beach Border Patrol Station area of operations. At approximately 3:40 A.M., Agent Martinez was driving along Clearwater Road and saw two individuals run towards some rocks on the West side of the road. As Agent Martinez approached them they tried to hide among the rocks and the brush. After a brief search of the surrounding area, Agent Martinez encountered one individual, later identified as the defendant **Francisco MARTINEZ-Cano**. This area is approximately 1.5 miles west of the San Ysidro, California Port of Entry and approximately 300 hundred yards north of the United States/Mexico international border. This area is commonly used by illegal immigrants to further their entry into the United States due to its close proximity to the United States/Mexico international border. Agent Martinez immediately identified himself as a United States Border Patrol Agent and conducted an immigration inspection. The defendant freely admitted to being a citizen and national of Mexico without any documents that would allow him to legally enter or remain in the United States. Agent Martinez arrested the defendant and had him transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on October 14, 2004 through San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of Miranda, which he acknowledged and waived. Defendant again admitted that he is a citizen and national of Mexico, and that he entered illegally into the United States.