

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| FRANCISCO MARTINEZ-CANO | CASE NUMBER: 08CR 686 IEG |

I, FRANCISCO MARTINEZ-CANO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3-11-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FRANCISCO MARTINEZ C.
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER